MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs __Jose Sanchez-Carrisoza (1)__   No. __08CR0609-JAH__

The Court finds excludable delay, under the section indicated by check (✓), commenced on __3-20-08__ and ended on __6/9/08__ ; (X7XT)

_____ and ended on _____ . (    )

### 3161(h)

___ (1)(A)  Exam or hrg for mental or physical incapacity — A
___ (1)(B)  NARA examination (28:2902) — B
___ (1)(D)  State or Federal trials or other charges pending — C
___ (1)(E)  Interlocutory appeals — D
___ (1)(F)  Pretrial motions (from flg to hrg or other prompt dispo) — E
___ (1)(G)  Transfers from other district (per FRCrP 20, 21 & 40) — F
___ (1)(J)  Proceedings under advisement not to exceed thirty days — G
___        Misc proc: Parole or prob rev, deportation, **extradition** — H
___ (1)(H)  Transportation from another district or to/from examination or hospitalization in ten days or less — 6
**X** (1)(I)  Consideration by Court of **proposed plea agreement** — (7)
___ (2)     Prosecution **deferred** by mutual agreement — I
___ (3)(A)(B)  Unavailability of defendant or essential witness — M
___ (4)     Period of **mental or physical incompetence** of defendant to stand trial — N
___ (5)     Period of NARA commitment or treatment — O
___ (6)     Superseding indictment and/or new charges — P
___ (7)     Defendant awaiting trial of co-defendant when no severance has been granted — R
___ (8)(A)(B)  Continuances granted per (h)(8)-use "T" alone if more than one of the reasons below are given in support of continuance — T
**X** (8)(B)(I)  1) Failure to grant a continuance in the proceeding would result in a **miscarriage of justice** and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. (Continuance - miscarriage of justice)
2) Failure to grant a continuance of the trial would result in a miscarriage of justice as the defendant has tendered a guilty plea to a magistrate judge and is awaiting a determination as to whether the plea will be accepted. (Continuance - tendered a guilty plea) — (T1)
___ (8)(B)(ii)  2) Case unusual or **complex** — T2
___ (8)(B)(iii) 3) **Indictment following arrest** cannot be filed in thirty (30) days — T3
___ (8)(B)(iv)  4) Continuance granted in order to obtain or substitute counsel, or give reasonable time to prepare (Continuance re counsel) — T4
___ 3161(I)  Time up to withdrawal of guilty plea — U
___ 3161(b)  Grand jury indictment time extended thirty (30) more days — W

Date __3-20-08__                            _____
                                            Judge's Initials

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs __Bernal Cerrillo-Octavio (2)__                No. __08CR0609-JAH__

The Court finds excludable delay, under the section indicated by check (✓),
commenced on __3-20-08__ and ended on __6-9-08__ ; (X7,XT)
_____ and ended on _____ (   )

| | 3161(h) | | |
|---|---|---|---|
| ___ | (1)(A) | Exam or hrg for mental or physical incapacity | A |
| ___ | (1)(B) | NARA examination (28:2902) | B |
| ___ | (1)(D) | State or Federal trials or other charges pending | C |
| ___ | (1)(E) | Interlocutory appeals | D |
| ___ | (1)(F) | Pretrial motions (from flg to hrg or other prompt dispo) | E |
| ___ | (1)(G) | Transfers from other district (per FRCrP 20, 21 & 40) | F |
| ___ | (1)(J) | Proceedings under advisement not to exceed thirty days | G |
| ___ | | Misc proc: Parole or prob rev, deportation, extradition | H |
| ___ | (1)(H) | Transportation from another district or to/from examination or hospitalization in ten days or less | 6 |
| X | (1)(I) | Consideration by Court of proposed plea agreement | (7) |
| ___ | (2) | Prosecution deferred by mutual agreement | I |
| ___ | (3)(A)(B) | Unavailability of defendant or essential witness | M |
| ___ | (4) | Period of mental or physical incompetence of defendant to stand trial | N |
| ___ | (5) | Period of NARA commitment or treatment | O |
| ___ | (6) | Superseding indictment and/or new charges | P |
| ___ | (7) | Defendant awaiting trial of co-defendant when no severance has been granted | R |
| ___ | (8)(A)(B) | Continuances granted per (h)(8)-use "T" alone if more than one of the reasons below are given in support of continuance | T |
| X | (8)(B)(I) | 1) Failure to grant a continuance in the proceeding would result in a miscarriage of justice and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. (Continuance - miscarriage of justice) 2) Failure to grant a continuance of the trial would result in a miscarriage of justice as the defendant has tendered a guilty plea to a magistrate judge and is awaiting a determination as to whether the plea will be accepted. (Continuance - tendered a guilty plea) | (T1) |
| ___ | (8)(B)(ii) | 2) Case unusual or complex | T2 |
| ___ | (8)(B)(iii) | 3) Indictment following arrest cannot be filed in thirty (30) days | T3 |
| ___ | (8)(B)(iv) | 4) Continuance granted in order to obtain or substitute counsel, or give reasonable time to prepare (Continuance re counsel) | T4 |
| ___ | 3161(I) | Time up to withdrawal of guilty plea | U |
| ___ | 3161(b) | Grand jury indictment time extended thirty (30) more days | W |

Date __3-20-08__                                    __[signature]__
                                                     Judge's Initials

MINUTES OF UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs __Maximo Soto-Chincoya (3)__    No. __08CR0l609-JAH__

The Court finds excludable delay, under the section indicated by check (✓),
commenced on __3-20-08__ and ended on __6/9/08__ ; (X7,XT1)
_____ and ended on _____ . ( )

| Code | Description |
|---|---|
| 3161(h) | |
| ___ (1)(A) | Exam or hrg for mental or physical incapacity |
| ___ (1)(B) | NARA examination (28:2902) |
| ___ (1)(D) | State or Federal trials or other charges pending |
| ___ (1)(E) | Interlocutory appeals |
| ___ (1)(F) | Pretrial motions (from flg to hrg or other prompt dispo) |
| ___ (1)(G) | Transfers from other district (per FRCrP 20, 21 & 40) |
| ___ (1)(J) | Proceedings under advisement not to exceed thirty days |
| ___ | Misc proc: Parole or prob rev, deportation, extradition |
| ___ (1)(H) | Transportation from another district or to/from examination or hospitalization in ten days or less |
| X (1)(I) | Consideration by Court of proposed plea agreement |
| ___ (2) | Prosecution deferred by mutual agreement |
| ___ (3)(A)(B) | Unavailability of defendant or essential witness |
| ___ (4) | Period of mental or physical incompetence of defendant to stand trial |
| ___ (5) | Period of NARA commitment or treatment |
| ___ (6) | Superseding indictment and/or new charges |
| ___ (7) | Defendant awaiting trial of co-defendant when no severance has been granted |
| ___ (8)(A)(B) | Continuances granted per (h)(8)-use "T" alone if more than one of the reasons below are given in support of continuance |
| X (8)(B)(I) | 1) Failure to grant a continuance in the proceeding would result in a miscarriage of justice and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. (Continuance - miscarriage of justice) 2) Failure to grant a continuance of the trial would result in a miscarriage of justice as the defendant has tendered a guilty plea to a magistrate judge and is awaiting a determination as to whether the plea will be accepted. (Continuance - tendered a guilty plea) |
| ___ (8)(B)(ii) | 2) Case unusual or complex |
| ___ (8)(B)(iii) | 3) Indictment following arrest cannot be filed in thirty (30) days |
| ___ (8)(B)(iv) | 4) Continuance granted in order to obtain or substitute counsel, or give reasonable time to prepare (Continuance re counsel) |
| ___ 3161(I) | Time up to withdrawal of guilty plea |
| ___ 3161(b) | Grand jury indictment time extended thirty (30) more days |

Right margin codes: A, B, C, D, E, F, G, H, 6, (7), I, M, N, O, P, R, T, (T1), T2, T3, T4, U, W

Date __3/20/08__    _____ Judge's Initials